20494. STANFIELD *v.* THE STATE.

BROYLES, C. J. 1. The motion for a new trial was in part based upon alleged newly discovered evidence. In view of the counter-showing made by the State upon the hearing of the motion, the court did not err in overruling this ground.

2. The evidence amply authorized the verdict, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 14, 1930.

*C. L. Cowart,* for plaintiff in error.
*J. T. Grice, solicitor-general, H. H. Elders,* contra.

